FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 23 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Title 18, U.S.C. Section 1073 |
| ) | |
| v. ) | (Complaint filed before |
| ) | U. S. Magistrate Judge |
| EDWIN L. WILLIAMS ) | Forster, Jr., 4:07MJ2050) |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the complaint against Edwin L. Williams charging unlawful flight from the State of Arkansas to avoid prosecution in Drew County, Arkansas.

The complaint is dismissed for the reason that the subject has been apprehended. The local authorities have been advised.

JANE W. DUKE
Acting United States Attorney

By: _____
   JANA HARRIS
   Assistant U. S. Attorney
   PO Box 1229
   Little Rock, AR 72203
   (501) 340-2600

Leave of Court is granted for the filing of the foregoing dismissal.

10/23/07                        _____
Date                            United States Magistrate Judge